E-FILED
Tuesday, 23 May, 2017  04:48:03 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.    16-CR-20036-03 |
| | ) | |
| RONALD POSEY, | ) | |
| Defendant. | ) | |

**MOTION TO RESET SENTENCING HEARING**

**NOW COMES** the Defendant RONALD POSEY by his attorney J. Steven Beckett,

Beckett & Webber PC and for his Motion to Reset Sentencing Hearing, and is support states:

1.    The Defendant entered a plea of guilty pursuant to a written plea agreement on

May 12, 2017.  Said plea agreement contained waivers of appeal and collateral attack.

2.    The Defendant's sentencing hearing was set for September 25, 2017, at 2:15 p.m.

before USDC Judge Colin S. Bruce.

3.    The Defendant desires to have an earlier sentencing hearing for the convenience

of his family who are unable to see him while in Federal Custody at a local county jail facility.

4.    That it is in the interest of justice to advance the date for Defendant's sentencing

hearing.

5.    This motion seeks the exercise of discretion by the Court with due respect for all

scheduling matters.  It is the Defendant's belief that due to action in other cases, the Court may be

able to reset the date for his sentencing hearing at an earlier date.

**WHEREFORE** the Defendant, RONALD POSEY, prays that this Honorable Court grant

the request to reset the sentencing hearing to an earlier date and grant such other, further relief as

this court deems just and appropriate.

Respectfully submitted,
RONALD POSEY, Defendant,


By:/s/*J. Steven Beckett*
        J. Steven Beckett, his attorney


**J. STEVEN BECKETT**
**BECKETT & WEBBER, P.C.**
508 South Broadway
Urbana IL 61801
(217) 328-0263
(217) 328-0290 FAX
E-mail: steve@beckettwebber.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2017,  I electronically filed the above Defendant Posey's Motion to Reset Sentencing Hearing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Bryan Freres: Assistant U.S. Attorney - 201 South Vine Street, Urbana, IL**

and I hereby certify that on May 23, 2017, I mailed by United States Postal Service, first class postage prepaid and legibly addressed, the document(s) to the following non-registered participants:

**N/A**

/s/*J. Steven Beckett*
**J. STEVEN BECKETT**, Counsel for Defendant

**J. STEVEN BECKETT**
**BECKETT & WEBBER, P.C.**
508 South Broadway
Urbana IL 61801
(217) 328-0263
(217) 328-0290 FAX
E-mail: steve@beckettwebber.com